IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN P. GREER,

    Plaintiff,

vs.                               CASE NO. 5:10cv140/RS-MD

ROBERT A. PELL, Assistant
State Attorney,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc 11). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(B)(ii) because of Plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk is directed to close the file.

**ORDERED** on February 15, 2011.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**